UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DEBORAH M. D'ANNA-CALVIN

                            Plaintiff,

                         -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                           Defendant.
-------------------------------------------------------X

**MEMORANDUM & ORDER**

06 CV 6664 (RJD) (JMA)

DEARIE, Chief Judge.

      Defendant Commissioner of Social Security Michael J. Astrue moves to remand the final agency decision that denied plaintiff Deborah D'Anna-Calvin's claim of disability insurance benefits under Title II of the Social Security Act. Plaintiff cross-moves seeking reversal and a determination of disability, or, in the alternative, a remand to a different hearing office or with a different Administrative Law Judge. After considering the parties' papers, the administrative record, and discussion at oral argument, the Court hereby reverses the decision of the Commissioner and remands for a calculation of benefits pursuant to 42 § U.S.C. 405(g).

SO ORDERED.

Dated: Brooklyn, New York
       March 25, 2008

                                                       s/ Judge Raymond J. Dearie

                                                       RAYMOND J. DEARIE
                                                       United States District Judge